# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 2, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141754

DOUGLAS BURKE,
        Plaintiff/Counter Defendant/
        Garnishor-Appellant,

v

UNITED AMERICAN ACQUISITIONS AND
MANAGEMENT, INC. d/b/a UNITED
AMERICAN FREIGHT SERVICES, INC.,
STONEPATH LOGISTICS DOMESTIC
SERVICES, INC., and STONEPATH GROUP,
        Defendants/Counter Plaintiffs,

and

RADIANT LOGISTICS GLOBAL SERVICES,
INC.,
        Garnishee Defendant-Intervenor,

and

MASS FINANCIAL CORPORATION,
        Intervenor-Appellee.

SC: 141754
COA: 290590
Wayne CC: 04-433025-CZ

_____/

On order of the Court, the application for leave to appeal the August 5, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

ZAHRA, J., did not participate because he was on the Court of Appeals panel.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 2, 2011

Clerk

s0126